DAVID SEROR - Bar No. 67488
JOSEPH ROTHBERG - Bar No. 286363
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     dseror@bg.law
           jrothberg@bg.law

Attorneys for Nancy H. Zamora, Chapter 7 Trustee

FILED & ENTERED

NOV 06 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:11-bk-18591-VK |
| NOOR NORRIS and HELY NORRIS, | Chapter 7 |
| Debtors. | Adv. No. 1:17-ap-01033-VK |
| NANCY J. ZAMORA, Chapter 7 Trustee, | **JUDGMENT REVOKING DISCHARGE OF NOOR NORRIS** |
| Plaintiff, | |
| vs. | **Date:** September 27, 2018<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 301<br>United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |
| NOOR NORRIS and HELY NORRIS, | |
| Defendants. | |

This adversary proceeding is between Nancy Zamora Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Noor Norris and Hely Norris. ("Debtor") *Trustee ("Plaintiff")* on the one hand, and Debtor, Noor Norris ("Noor") and Hely Norris ("Hely") (together, "Defendants") on the other hand. The matter duly came on for trial first on September 27, 2018, at 10:00 a.m., and was continued to October 24, 2018 at 2:30 p.m., the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, presiding. David Seror and Joseph Rothberg, of the firm Brutzkus Gubner, appeared on behalf of the Trustee. Dennis McGoldrick appeared on behalf of the Defendants.

1

2026264

The Court, having heard and considered the evidence presented at trial, both oral and documentary, and having heard and considered the arguments of counsel; and the Court having separately issued its *Ruling* after Trial re: Complaint to Revoke Discharges of Debtors Noor Norris and Hely Norris [Doc. 51], and good cause appearing therefor,

IT IS HEREBY ORDERED~~, ADJUDGED, and DECREED~~:

1. The Court enters Judgment in favor of the Trustee against Noor Norris for revocation of discharge pursuant to 11 U.S.C. § 727(d)

2. The discharge of Noor Norris is revoked;

3. The Court enters Judgment in favor of Hely Norris, denying Trustee's request for revocation of discharge pursuant to 11 U.S.C. § 727(d);

4. The Trustee is the prevailing party against Noor Norris in this action pursuant to Federal Rule of Bankruptcy Procedure 7054, incorporating Federal Rule of Civil Procedure 54, and thus is entitled to recover costs of suit incurred in connection with this action, to be submitted with a bill of costs pursuant to the Local Bankruptcy Rules.

IT IS SO ORDERED.

###

Date: November 6, 2018

Victoria S. Kaufman
United States Bankruptcy Judge